UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOYE MAYBERRY,
O/B/O M.I.J.

           Plaintiff,           Case no. 12-11256
                                         Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

           Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge R. Steven Whalen's May 16, 2013 report and recommendation. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                   s/John Corbett O'Meara
                                                 United States District Judge

Date: June 19, 2013

      I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 19, 2013, using the ECF system and/or ordinary mail.

                                                 s/William Barkholz
                                               Case Manager