UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOYE MAYBERRY,
O/B/O M.I.J.

                    Plaintiff,                    Case no. 12-11256
                                                  Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant,
_____/

JUDGMENT

       This action came before the Court, Honorable John Corbett O'Meara, District Judge,

presiding, and the issues having been duly considered and a decision having been duly rendered,

       It is ORDERED and ADJUDGED that defendant's motion for summary judgment is

GRANTED, and plaintiff's motion for summary judgment is DENIED.


Dated in Ann Arbor, Michigan                    DAVID WEAVER,
June 19, 2013                                   CLERK OF COURT


                                                s/William Barkholz
                                                Deputy Clerk


APPROVED:
s/John Corbett O'Meara
United States District Judge